TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-01-00140-CV

Kevin Miers, Appellant

v.

Franky Ramont, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT

NO. 99-08845, HONORABLE CHARLES F. CAMPBELL, JR., JUDGE PRESIDING 

PER CURIAM

 Franky Ramont and Kevin Miers have filed a joint agreed motion to dismiss based
on their settlement agreement. Tex. R. App. P. 42.1(a)(1). The parties have agreed that costs of
court are to be taxed to the parties incurring the cost. We grant their motion and dismiss the appeal.

Before Justices Kidd, B. A. Smith and Puryear

Dismissed on Joint Motion

Filed: May 3, 2001

Do Not Publish